UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

SOUTHERN ENVIRONMENTAL LAW
CENTER,
Plaintiff,

v.                                          No. 3:23-CV-00017

TENNESSEE VALLEY AUTHORITY,
Defendant.

## **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41**

Plaintiff Southern Environmental Law Center and Defendant Tennessee Valley Authority

hereby stipulate that the claims in this action be dismissed with prejudice pursuant to Federal

Rule of Civil Procedure 41(a)(1)(A)(ii). Each party will bear its own costs and fees.

DATE: May 22, 2023

Respectfully submitted,

*s/ Spencer Gall*
Amanda Garcia (TN BPR No. 033773)
Kimberley Hunter (NC Bar No. 41333)*
Spencer Gall (VA Bar No. 95376)*
Daniel J. Metzger (TN BPR No. 039187)
SOUTHERN ENVIRONMENTAL
  LAW CENTER
1033 Demonbreun Street, Suite 205
Nashville, TN 37203
Telephone: (615) 921-9470
Facsimile: (615) 921-8011
agarcia@selctn.org
khunter@selcnc.org
sgall@selcva.org
dmetzger@selctn.org

*Attorneys for Southern Environmental
Law Center*

*\*Admitted pro hac vice*

*Colin Colverson*
David D. Ayliffe (TN BPR 024297)
Director, Litigation
Sydney D. Nenni (TN BPR 038898)
Colin Colverson (SC Bar No. 78771)
TVA GENERAL COUNSEL'S OFFICE
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Telephone  865.632.7042
ddayliffe@tva.gov
sschaefer0@tva.gov
ccolverson@tva.gov

*Attorneys for Tennessee Valley Authority*

1

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically through the Court's ECF system on May 22, 2023. Notice of this filing will be sent by operation of the Court's ECF system to all parties as indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF system.

*s/ Spencer Gall*
Attorney for Southern Environmental Law Center
